**KENMARK MOTORSPORT LTD.,**
**Plaintiff/Respondent,**

v.

**Mike BURNS, Defendant/Appellant.**

**No. 74048.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 18, 1999.

Application for Transfer Denied March 23, 1999.

William James, O'Herin, Florissant, for appellant.

Kenneth T. Strong, St. Peters, Party Acting pro se.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment of the trial court denying his motion to set aside a default judgment. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).